CSD 2011 [10/25/17]

Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101   (619)338-4006

Order Entered on
March 1, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Ernestine B. Juhan

BANKRUPCY NO. 19-00746 LA13

Debtor.

**TRUSTEE'S MOTION TO DISMISS CASE AND ORDER**

The undersigned Trustee respectfully represents that:

☒ More than fourteen (14) days have elapsed since the filing of the petition and the debtor has failed to timely file either schedules, statements and/or plan required pursuant to Fed. R. Bankr. P. 1007(b) or a motion for extension of time pursuant to Fed. R. Bankr. P. 1007(a)(4).

☐ The debtor failed to appear and testify at the Meeting of Creditors held on _____.

☐ If checked, this case was filed by the filing of a joint petition and this motion applies to only one of the debtors, namely: _____ . Wherefore, the Trustee moves that the within case be dismissed without prejudice.

Dated:  February 28, 2019

/s/ David L. Skelton
☐ Chapter 7 Trustee      ☒ Chapter 13 Trustee

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. This case is dismissed without prejudice as to this debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 will hereafter apply.

DATED:    February 28, 2019

Judge, United States Bankruptcy Court

CSD 2011